UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOHN FLANAGAN,

               Plaintiff,

      -against-                                      13-cv-8456 (LAK)

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

               Defendants.
------------------------------------------------------------x

**ORDER**

        On December 16, 2019, the plaintiffs filed, among other things, a copy of the defendants' proposed Rule 56(g) facts containing the plaintiffs' objections.[1] The plaintiffs should submit to the Court a copy of this document in Microsoft Word format so that the Court may use it as a starting point for drafting the Rule 56(g) order.

        SO ORDERED.

Dated:      December 17, 2019

                                                      Lewis A. Kaplan
                                             United States District Judge

---

[1] DI-146 Ex. A.