UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
John Flanagan,

        Plaintiff,

v.

New York City Department Of Education,
et al.,

        Defendants.
------------------------------x

13-CV-8456 (LAK)

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        By letter dated December 23, 2019, counsel for plaintiff John Flanagan informed the Court that this case has been settled in principle. Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, February 7, 2020 if the settlement is not executed by then.

        SO ORDERED.

Dated:    January 7, 2020

/s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Judge