

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

January 24, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-27-2020

By ECF:
Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   *United States v. N.Y.C. Dep't of Educ.*, 16 Civ. 4291 (LAK)(JCF)
       *Flanagan v. N.Y.C. Dep't of Educ., et al.*, 13 Civ. 8456 (LAK)(JCF)

Dear Judge Kaplan:

This Office represents plaintiff the United States of America in *United States of America v. New York City Department of Education*, 16 Civ. 4291. I write respectfully pursuant to S.D.N.Y. Electronic Case Filing Rules & Instructions Part 21.8(b) to request that the Court seal a filing that mistakenly contained sensitive or confidential information.

Earlier today, I inadvertently filed a proposed stipulation and order of settlement and dismissal of claims relating to John Flanagan that was not properly excerpted in accordance with Fed. R. Civ. P. 5.2—specifically docket number 156 in civil action 16-4291, and docket number 181 in civil action 13-8456. Because I incorrectly uploaded the wrong document, the filed document contained sensitive or confidential information, including but not limited to a date of birth and social security number.

I have already contacted the ECF Help Desk as indicated in the procedures outlined in S.D.N.Y. Electronic Case Filing Rules & Instructions Parts 13.18 and 21.8(b) to request correction and temporary sealing from the ECF Help Desk. I therefore respectfully request that the Court formally seal docket number 156 in civil action 16-4291, and docket number 181 in civil action 13-8456. The proper proposed stipulation and order, without the sensitive and confidential information, has been filed as docket number 157 in civil action 16-4291, and docket number 182 in civil action 13-8456.

Granted
SO ORDERED
LEWIS A. KAPLAN, USDJ
1/27/2020